UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24789-CIV-DPG

LAZARO ALBERTO ORTIZ, YOANDRIS )
MEDINA, and all others similarly situated )
under 29 U.S.C. 216(b), )
)
        Plaintiffs, )
)
vs. )
)
MANGUAL'S GENERAL SERVICES, )
INC., JOSE E MANGUAL, )
)
        Defendants. )
)

**NOTICE OF CANCELLATION OF HEARING AND RESOLUTION**

NOW COMES the Plaintiffs, by and through the undersigned counsel, regarding the Hearing on the Court's discovery calendar set before the HONORABLE MAGISTRATE JUDGE WILLIAM C. TURNOFF, in Courtroom 11 on the 11th Floor of the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, FL 33128, on July 6, 2017, at 2:00 p.m. [D.E. 33], and states as follow:

1. Such hearing should be cancelled as there is now no need for the Hearing as the Third-Party Witness appeared for deposition at the undersigned's office.[1]

                              Respectfully submitted,

                              Bruno A. Garofalo, Esq.
                              J. H. Zidell, P.A.
                              300-71st Street, Suite 605
                              Miami Beach, Florida 33141
                              Phone: 305-865-6766
                              Fax: 305-865-7167

                              By: *Bruno A. Garofalo*

---

[1] The parties coordinated a deposition with the Third-Party Witness who appeared for deposition on 06/30/2017.

Bruno A. Garofalo, Esq.<br>Florida Bar No.: 0122023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Friday, June 30, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: *Bruno A. Garofalo*
Bruno A. Garofalo, Esq.

## SERVICE LIST

| **Bayardo E. Aleman, Esq.**<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.<br>150 West Flagler Street, Suite 2200<br>baleman@stearnsweaver.com | **Katharine A. Coa**<br>14111 SW 54th Street<br>Miramar, Florida 33027<br>kcqualityconstruction@gmail.com |
|---|---|