UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24789-CIV- GAYLES

LAZARO ALBERTO ORTIZ, YOANDRIS )
MEDINA, and all others similarly situated )
Under 29 U.S.C. 216(b), )
  )
       Plaintiffs, )
  )
vs. )
  )
MANGUAL'S GENERAL SERVICES, INC., )
JOSE E MANGUAL, )
  )
       Defendants, )
  )

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR ENLARGEMENT OF TIME TO CONDUCT FACT DISCOVERY**

Defendants, MANGUAL'S GENERAL SERVICES, INC. ("MGS") and JOSE E. MANGUAL ("Mangual") (collectively "Defendants"), by and through their undersigned counsel, hereby file their Response to Plaintiffs' Motion for Enlargement of Time to Conduct Fact Discovery (D.E. No. 37). Defendants expedite their response per the Court's July 10, 2017 Order (D.E. No. 39) and state as follows:

Plaintiffs seek an extension of the discovery deadline from July 11 to August 18 in order to subpoena for deposition two supplementary third-party witnesses and serve "follow up discovery" regarding the deposition of Katherine Coa, which was taken on June 30, 2017. Because Plaintiff's original conferral sought different relief, and did not specify the relief sought in his Motion (D.E. No. 37), Defendants advised Plaintiffs of their initial opposition to the Motion. Having reviewed and considered the more limited request outlined in the Motion, Defendants have again conferred with Plaintiffs.

Specifically, Plaintiffs state that they seek to extend the deadline to take the deposition of Jose Mangual, Jr. and Ronal Paz Molina, as well as serve Defendants with a request for production based on the information received from Coa's deposition and from the depositions of Mangual, Jr. and Molina. Defendants do not oppose Plaintiff's request to extend the discovery deadline for this limited purpose if the current deadline for the submission of dispositive motions is also extended. Plaintiff's Motion is silent on the effect that moving back the discovery deadline would have on other pre-trial and trial deadlines, which is of concern to Defendants.

Accordingly, because the current dispositive motions deadline is set for August 11, 2017 (seven days *before* Plaintiff's proposed discovery cut-off) (D.E. No. 30, at ¶8), Defendants respectfully request that—if the Court grants Plaintiff's Motion—the Court also grant, at least, a thirty-day extension of the dispositive motions deadline, through at least September 11, 2017. Defendants conferred with Plaintiffs regarding their position on a 30-day extension to the dispositive motions deadline, and Plaintiffs do not oppose that relief.

Dated: July 12, 2017

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
*Attorneys for Defendants*
Suite 2200 - Museum Tower
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

By: /s/ Giselle G. Madrigal
Rene F. Ruiz, Esq.
Fla. Bar No. 0520284
rruiz@stearnsweaver.com
Bayardo E. Aleman, Esq.
Florida Bar No. 28791
baleman@stearnsweaver.com
Giselle Gutierrez Madrigal, Esq.
Florida Bar No. 100254
gmadrigal@stearnsweaver.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on July 12, 2017 the foregoing document was served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                  By: /s/ Giselle G. Madrigal
                     Giselle G. Madrigal

## SERVICE LIST

J. H. Zidell, Esq.
Fla. Bar No: 0010121
zabogado@aol.com
K. David Kelly, Esq.
Fla. Bar No: 0123870
David.kelly38@rocketmail.com
Rivkah F. Jaff, Esq.
Fla. Bar No: 107511
rivkah.jaff@gmail.com
**J.H. ZIDELL, P.A.**
300 71st Street, Suite 605
Miami Beach, Florida  33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167

*Attorneys for Plaintiffs*

#5834892

4